UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERRY J. BEARD, <br><br> *Plaintiff*, <br><br> v. <br><br> HAMILTON COUNTY SHERIFF'S DEPARTMENT, <br><br> *Defendant*. | Case No. 1:22-cv-137 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Susan K. Lee |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
  CLERK OF COURT